UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:15-cr-175(S1)-J-39JBT

KYLE ADAM KIRBY

_____

**UNITED STATES' RESPONSE TO DEFENDANT'S
THIRD MOTION TO SUPPRESS PHYSICAL EVIDENCE**

The United States of America, by and through the undersigned Assistant United States Attorney, files this response to defendant's Third Motion to Suppress Statements, filed in this case on April 27, 2016 (Doc. 40). The United States does not intend to offer evidence of the contents of defendant's Samsung Galaxy Note 3 smart phone recovered from defendant's person on October 22, 2015, specifically the text messages contained therein, during its case-in-chief in the trial of this case. Therefore, it is the position of the United States that defendant's motion is moot. However, should defendant testify during the trial of this case, the United States reserves its right to use these statements to impeach defendant's direct testimony. *See Leon v. United States*, 468 U.S. 897, 910 (1984) ("evidence obtained in violation of the Fourth Amendment and inadmissible in the prosecution's case in chief may be used to impeach a defendant's direct testimony").

WHEREFORE, the United States respectfully requests that this Court deny defendant's Third Motion to Suppress Physical Evidence as moot.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By:    *s/ D. Rodney Brown*
        D. RODNEY BROWN
        Assistant United States Attorney
        Florida Bar No. 0906689
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202-4270
        Telephone: (904) 301-6300
        Facsimile: (904) 301-6310
        E-mail: rodney.brown@usdoj.gov

**U.S. v. KYLE ADAM KIRBY**               Case No. 3:15-cr-175(S1)-J-39JBT

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James A. Hernandez, Esq.

*s/ D. Rodney Brown*
D. RODNEY BROWN
Assistant United States Attorney