# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              Case No. 3:15-cr-175-J-32JBT

KYLE ADAM KIRBY

_____/

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further proceedings in this action.

**DONE AND ORDERED** at Jacksonville, Florida on October 31, 2017.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies furnished to:
Asst. U.S. Attorney (Brown)
James A. Hernandez, Esquire