UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:15-cr-175(S1)-J-32JRK

KYLE ADAM KIRBY

## UNITED STATES' SECOND AMENDED WITNESS LIST

The following is a list of witnesses who may be called by the United States during the presentation of its case-in-chief:

1. Detective Jimmy Watson
   Columbia County Sheriff's Office
   Lake City, Florida

2. Special Agent Abbigail Beccaccio
   Federal Bureau of Investigation
   Jacksonville, Florida

3. Lawrence S. Meyer
   Retired Special Agent
   Federal Bureau of Investigation
   Fleming Island, Florida

4. Chief Alton K. "Buddy" Williams
   Live Oak Police Department
   Live Oak, Florida

5. Detective Jason Rountree
   Live Oak Police Department
   Live Oak, Florida

6. Sergeant Derek Slaughter
   Live Oak Police Department
   Live Oak, Florida

7. Officer Thomas Faller
   Live Oak Police Department
   Live Oak, Florida

8. Jon Fletcher
   Photographer
   Federal Bureau of Investigation
   Jacksonville, Florida

9. John Wood
   Special Agent and Forensic Examiner
   Federal Bureau of Investigation
   Jacksonville, Florida

10. Leonor Sainz
    Live Oak, Florida

11. Lisa Gray
    Live Oak, Florida

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By: *s/ D. Rodney Brown*
D. RODNEY BROWN
Assistant United States Attorney
Florida Bar No. 0906689
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone:  (904) 301-6300
Facsimile:  (904) 301-6310
E-mail:  rodney.brown@usdoj.gov

U.S. v. KYLE ADAM KIRBY           Case No. 3:15-cr-175(S1)-J-32JRK

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James A. Hernandez, Esq.

*s/ D. Rodney Brown*
D. RODNEY BROWN
Assistant United States Attorney