# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

Case No. 3:15-cr-175-J-32JRK

-vs-

**KYLE ADAM KIRBY**          Defense Atty.: James A. Hernandez, Esquire
                             AUSA: David Rodney Brown, Esquire

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 12/5/2017<br>8:54 a.m. - 4:01 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Cindy Packevicz Jarriel |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

### CLERK'S MINUTES

**PROCEEDINGS:**          **JURY SELECTION**

Jury selection resumed and completed.

Court recessed and jurors shall report back at 9:15 a.m. on December 6, 2017.