UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 3:15-cr-175-J-32JRK

KYLE ADAM KIRBY

_____

**COURT'S VERDICT FORM**

1. With regard to <u>Count One</u> of the Indictment, which charges KYLE ADAM KIRBY with sexual exploitation of children for the purpose of producing child pornography, we, the Jury, find the Defendant:

    NOT GUILTY _____          GUILTY ___✓___

2. With regard to <u>Count Two</u> of the Indictment, which charges KYLE ADAM KIRBY with sexual exploitation of children for the purpose of producing child pornography, we, the Jury, find the Defendant:

    NOT GUILTY _____          GUILTY ___✓___

3. With regard to <u>Count Three</u> of the Indictment, which charges KYLE ADAM KIRBY with sexual exploitation of children for the purpose of producing child pornography, we, the Jury, find the Defendant:

NOT GUILTY _____      GUILTY ___✓___

4. With regard to <u>Count Four</u> of the Indictment, which charges KYLE ADAM KIRBY with possessing or accessing with intent to view material involving sexual exploitation of minors, we, the Jury, find the Defendant:

NOT GUILTY _____      GUILTY ___✓___

*If you answered "NOT GUILTY" to Question 4, please skip question 5 below and proceed to Question 6.*

5. We, the Jury, having found the Defendant Guilty of the offense charged in Count Four, further find with regard to <u>Count Four</u> of the Indictment, that at least one of the visual depictions involved a prepubescent minor:

YES ___✓___      NO _____

6. With regard to <u>Count Five</u> of the Indictment, which charges KYLE ADAM KIRBY with possessing or accessing with intent to view material involving sexual exploitation of minors, we, the Jury, find the Defendant:

NOT GUILTY _____     GUILTY __✓__

SO SAY WE ALL, this __7th__ day of December, 2017.

_____
FOREPERSON

3