**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                   CASE NO. 3:15-cr-175-J-32JRK

KYLE ADAM KIRBY

_____

**ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING**

On December 7, 2017, a jury found defendant guilty as to Counts One, Two, Three, Four and Five (1, 2, 3, 4, & 5) of the Superseding Indictment. It is now

**ORDERED AND ADJUDGED**:

Defendant is hereby adjudged guilty of Counts One, Two, Three, Four and Five (1, 2, 3, 4, & 5) of the Superseding Indictment. **SENTENCING** for the defendant is scheduled for **March 21, 2018 at 2:00 p.m.,**[1] before the undersigned in the United States Courthouse, Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN THREE (3) WORKING DAYS PRIOR TO THE DATE OF SENTENCING</u>.

---

[1] The Court has reserved **one (1) hour** for this sentencing hearing. Should the parties believe it will require more than an hour to complete the sentencing hearing, they should contact the undersigned's courtroom deputy, Marielena Diaz, at (904) 549-1303, as soon as possible to advise of their estimate of the length of time required for this hearing.

**NOTE: The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.**[2]

**DONE AND ORDERED** in Jacksonville, Florida, this 11th day of December, 2017.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:

David Rodney Brown, AUSA
James A. Hernandez, Esquire
U.S. Pretrial Services
U.S. Probation
U.S. Marshal
Defendant

---

[2] Cell phones must be turned off while in the courtroom.